UNITED STATES DISTRICT COURT
FOURTH DIVISION

Court File No. 00-2276 DDA/SRN

Dorothy Schoenborn,

Plaintiff,

vs.

**STIPULATION TO AMEND THE COMPLAINT AND ORDER**

Fortis Benefits Insurance Company,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, through their respective undersigned counsel, pursuant to Rules 15 and 19 of the Federal Rules of Civil Procedure, that the Plaintiff herein may amend the Complaint to add as a direct defendant Seagate Technology, Inc. to above captioned action.

Date: 1-8-01

Harry A. Sieben, Jr., #10081X
Jeffrey M. Montpetit, #0291249
Attorney For Plaintiffs
**Sieben, Grose, Von Holtum & Carey, LTD**
900 Midwest Plaza East
800 Marquette Ave
Minneapolis, Minnesota 55402
(612) 333-4500

Date: 1/25/01

Matthew E. Klein, #258957
Attorney For Defendant
Fortis Benefits Insurance
**Dorsey & Whitney, LLP**
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600

FILED JAN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**ORDER**

Based upon the stipulation of the parties and the Court being fully advised, **IT IS HEREBY ORDERED**, that, Plaintiff be granted leave to amend the Complaint to add as a direct defendant Seagate Technology, Inc., to above captioned action.

BY THE COURT:

DATED: January 26, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

PI1#169631v1