**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dorothy Schoenborn,

Plaintiff,

v.

Fortis Benefits Insurance Company and Seagate Technologies, Inc.,

Defendants.

00cv2276 (DDA/SRN)

**NOTICE OF COURT TRIAL**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **a COURT TRIAL** on Tuesday, December 4, 2001 at 9:30 a.m., before Senior Judge Donald D. Alsop, Courtroom 3, St. Paul, Minnesota.

DATED: November 9, 2001.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________