**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dorothy Schoenborn, 00cv2276 (DDA/SRN)

Plaintiff,

v. **ORDER FOR DISMISSAL**

Fortis Benefits Insurance Company
and Seagate Technology, Inc.

Defendants.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for twenty (20) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: December 4, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK